In the Matter of REUBEN J. STRAUSS, Appellant, against WILLIAM A. HANNIG et al., as Members of the Board of Examiners of the Board of Education of the City of New York, Respondents.

Submitted October 16, 1939; decided October 20, 1939.

Motion for reargument denied with ten dollars costs and necessary printing disbursements. (See 281 N. Y. 612.)